NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNWIRED PLANET, LLC,**
*Appellant*

v.

**SQUARE, INC.,**
*Cross-Appellant*

---

16-1570, 16-1571
(IPR2014-01165)

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

### **O R D E R**

The parties having so agreed, it is

ORDERED that the proceedings are DISMISSED under Fed. R. App. P. 42 (b). Each side shall bear its own costs.

                                        FOR THE COURT

February 26, 2016            /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court

**ISSUED AS A MANDATE:** February 26, 2016